UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-04966-RGK | Date | August 20, 2014 |
|---|---|---|---|
| Title | In Re: SMB Group, Inc. | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE

On July 30, 2014, a Certificate of Readiness was issued which required the Appellant's Opening Brief to be filed on or before August 13, 2014. A review of the docket shows that this order has not been complied with.

Appellant shall show cause, in writing, not later than August 25, 2014 why the matter should not be dismissed for lack of prosecution.

**IT IS SO ORDERED.**

: 

Initials of Preparer    slw